UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN HAMMOND,

                       Petitioner,

    -against-

JAMES CONWAY,
SUPERINTENDENT,

                       Respondent.
-----------------------------------------------------------X

JUDGMENT
07-CV- 1042 (JG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ SEP - 4 2007 ★
P.M._____
TIME A.M._____

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on August 31, 2007, dismissing the petition for a writ of habeas corpus; and ordering that the dismissal is without prejudice to renewal should petitioner later elect to seek the conditional relief described; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is dismissed; and that the dismissal is without prejudice to renewal should petitioner later elect to seek the conditional relief described.

Dated: Brooklyn, New York
        September 04, 2007

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court

                                                  By: s/Terry Vaughn
                                                     Chief Deputy